EDWARD E. JOHNSTON *v.* ANDREW T. F. ING,
LIEUTENANT GOVERNOR, STATE OF HAWAII.

No. 4620.

JUNE 25, 1968.

RICHARDSON, C.J., MIZUHA, J., CIRCUIT JUDGE
FELIX IN PLACE OF MARUMOTO, J., DISQUALIFIED;
CIRCUIT JUDGE OKINO IN PLACE OF ABE, J.,
DISQUALIFIED, AND CIRCUIT JUDGE OGATA IN
PLACE OF LEVINSON, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*Herbert Y. C. Choy, Shiro Kashiwa, James Tabor, Tobias C. Tolzmann* for the petition.